Wheel A

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  :   19 CRIM 531

       - v -            :   NOTICE OF INTENT TO
                           FILE AN INFORMATION

JOSEPH PERLMAN,  :

         Defendant.  :

- - - - - - - - - - - - - - - - x

JUDGE CARTER

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           July 10, 2019

                                       GEOFFREY S. BERMAN
                                       United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 0 2019

By: _____
     David Abramowicz
     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
     SEAN HECKER
     Attorney for Joseph Perlman