```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :      INFORMATION
                                 :
        - v. -                   :      19 Cr. ___ ( )
                                 :
JOSEPH PERLMAN,                  :      19 CRIM 531
                                 :
            Defendant.           :
                                 :      JUDGE CARTER
                                 :
- - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 24 2019

**COUNT ONE**

(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From at least in or about October 2018, up to and including in or about April 2019, in the Southern District of New York and elsewhere, JOSEPH PERLMAN, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that JOSEPH PERLMAN, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such

scheme and artifice and attempting so to do, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, PERLMAN participated in a scheme to obtain and steal advance fees provided by victims in exchange for fraudulent standby letters of credit and executed such scheme through the use of interstate wires including emails and telephone calls.

(Title 18, United States Code, Section 1349.)

### FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Information, JOSEPH PERLMAN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the said offense that the defendant personally obtained.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 981;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

*[Signature: Geoffrey S. Berman]*

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**JOSEPH PERLMAN**

**Defendant.**

**INFORMATION**

19 Cr.   ()

(18 U.S.C. § 1349.)

GEOFFREY S. BERMAN
United States Attorney