```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :       WAIVER OF    JUDGE CARTER
                                          INDICTMENT
         -v.-                     :
                                          19 Cr. ____ (ALC)
JOSEPH PERLMAN,                   :
                                          19 CRIM 531
                   Defendant.     :

- - - - - - - - - - - - - - - - - - - - x

JOSEPH PERLMAN, the above-named defendant, who is accused of violating Title 18, United States Code Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         July 24, 2019