**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

JOSEPH PERLMAN

Defendant.

No. 19-cr-531 (ALC)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Joseph Perlman.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
July 31, 2019

/s/ Abra Metz-Dworkin
Abra Metz-Dworkin
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
ametz-dworkin@kaplanhecker.com

*Counsel for Joseph Perlman*