```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/19/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
   **UNITED STATES OF AMERICA**       :

               -against-                   :        **19-CR-531 (ALC)**

                                      :        **ORDER**

   **JOSEPH PERLMAN,**                 :

                      **Defendants.**  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Hearing set for **June 23, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: June 19, 2020**
      **New York, New York**

                                                              _____
                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**