# KAPLAN HECKER & FINK LLP

**MEMO ENDORSED**

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0883
DIRECT EMAIL   shecker@kaplanhecker.com

August 13, 2020

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-14-20

Re:   *U.S. v. Perlman*, No. 19 Cr. 531 (ALC)

Dear Judge Carter:

We represent Joseph Perlman in the above captioned case and write with the consent of the Government to request a one-week extension of the supplemental briefing schedule currently set by the Court.

On June 23, 2020, Your Honor held a hearing on Mr. Perlman's Motion to Reduce His Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and Memorandum in Support, ECF Nos. 27 & 28 ("Motion and Memorandum"). At that hearing, Your Honor set a motion schedule directing Mr. Perlman to file a supplemental brief relating to his Motion and Memorandum by August 18, 2020, with the government's response due September 16, 2020 and Mr. Perlman's reply due September 29, 2020. In order to incorporate Mr. Perlman's most up to date medical information, we respectfully request a one-week extension of this briefing schedule, and propose that Mr. Perlman's supplemental brief be filed by August 25, 2020, with the government's response due on September 23, 2020 and Mr. Perlman's reply due by October 6, 2020. This is the parties' first request for an extension of these deadlines and the government consents to the requested extensions.

Respectfully submitted,

Sean Hecker
Abra Metz-Dworkin
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110

KAPLAN HECKER & FINK LLP

2

New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com
ametz-dworkin@kaplanhecker.com

*Counsel for Joseph Perlman*

cc:     (by ECF)

Assistant United States Attorneys David Abramowicz and Michael McGinnis

The application is granted.
So Ordered.

*[signature]* Andrew␣L.␣Carter
8-14-20