**MEMO ENDORSED**

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL  shecker@kaplanhecker.com

October 16, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/21/20

**BY ECF**

Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:    *United States v. Joseph Perlman,* 19-cr-531 (ALC*)*

Dear Judge Carter:

    I represent Joseph Perlman in the above-captioned case and write with the consent of the Government and while we are awaiting similar consent from Mr. Perlman's Pretrial Services Officer in the Northern District of Georgia, to request an extension of Mr. Perlman's date of surrender, currently set for Thursday, October 22, 2020.

    We appeared before Your Honor for sentencing on Friday, December 6, 2019. Subsequently Mr. Perlman was designated to serve his sentence at FPC-Montgomery. At the June 23, 2020 conference, Your Honor extended his time to surrender pending the submission of additional information regarding his health condition.

    In light of the Covid-19 pandemic, which is particularly dangerous to Mr. Perlman given his medical condition, we ask your Honor to grant Mr. Perlman an extension of time for his surrender.

Respectfully submitted,

*[signature]*

Sean Hecker

cc: (by email)
David Abramowicz and Michael McGinnis
Assistant United States Attorneys, Southern District of New York

Jamila Crawford
United States Pretrial Services Officer, Northern District of Georgia

**The application is granted. Surrender date extended to 1/29/21. So Ordered.**

*[signature]* 10/21/20