USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/8/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
USA,

        Plaintiff,

       - against -

**PERLMAN,**

        Defendant.
-----------------------------------------------------------X

19-cr-00531-ALC-1
**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of a Petition dated December 30, 2020 from non-party Legacy Sports USA, LLC ("Legacy Sports") asserting a claim to the funds identified in the Preliminary Order of Forfeiture as to Specific Property/Money Judgment, ECF No. 25.

      To date, Legacy Sports has not appeared as an interested party in this matter. Nor is it clear that the Petition was served on the parties.

      Accordingly, if Legacy Sports intends to proceed with this Petition, it is ORDERED to appear in this matter and file the Petition and proof of service of the Petition on the parties by February 19, 2021. If Legacy Sports files and serves the Petition, it is further ORDERED that Legacy Sports and the parties file a joint status report regarding how they would like to proceed with the Petition by no later than March 19, 2021.

      The Clerk of Court is respectfully directed to mail this Order to non-party Legacy Sports at the address below:

        J. Michael Baggett, Esquire
        McCann, Garland, Ridall & Burke
        11 Stanwix Street, Suite 1030
        Pittsburg, PA 15222

**SO ORDERED.**

Dated: New York, New York
       February 8, 2021

_____
ANDREW L. CARTER, JR.
United States District Judge