**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/21



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One St. Andrews Plaza*
*New York, New York 10007*

March 19, 2021

**By ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States</u> v. <u>Joseph Perlman</u>, 19 Cr. 531 (ALC)

Dear Judge Carter:

      Pursuant to the Court's Order of February 8, 2021 (Dkt. 50), the Government, on behalf of itself and Legacy Sports USA, LLC ("Legacy"), writes to provide a joint status report regarding how the parties wish to proceed with Legacy's petition (Dkt. 53) asserting a claim to certain funds identified in the Preliminary Order of Forfeiture (Dkt. 25).

      The Government and Legacy have discussed a potential resolution to Legacy's claim, and hope to finalize a settlement agreement shortly. Accordingly, the Government and Legacy respectfully request that the Court direct the parties to submit a proposed settlement agreement or file a new status report proposing how to proceed with Legacy's petition by Friday, April 2, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

   By:    /s/
      David Abramowicz
      Assistant United States Attorney
      (212) 637-6525

cc:    Counsel of record (by ECF)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*   3/19/21