**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

February 15, 2023

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/7/23

Re:    *United States v. Joseph Perlman*, 19-cr-531 (ALC)

Dear Judge Carter:

    I represent Joseph Perlman in the above-captioned case and write with the consent of the Government to request that the Court modify the proposed schedule for submitting a letter in support of our request to extend Mr. Perlman's surrender date.

    Mr. Perlman is scheduled to surrender to the custody of the Bureau of Prisons on March 25, 2023 (Dkt. 78), to begin serving the term of imprisonment imposed on December 6, 2019 (Dkt. 13). As previously noted in the Government's letter to the Court (Dkt. 81), we will seek an additional adjournment of his surrender date due to his continued poor health. To ensure our application includes current and complete medical information, we respectfully request a modification of the time frame cited in the Government's letter so that the defendant may file any adjournment request by Friday, March 3, 2023 and the Government will file its response to such request by Friday, March 10, 2023.

Respectfully submitted,

*/s/ Sean Hecker*

Sean Hecker

cc: (by ECF)
David Abramowicz
Assistant United States Attorney, Southern District of New York

The application is **GRANTED**.
So Ordered. */s/ Andrew L. Carter, Jr.*   3/7/23