# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       212.763.0889
DIRECT EMAIL    shecker@kaplanhecker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/11/23

October 6, 2023

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:     *United States v. Joseph Perlman*, 19-cr-531 (ALC)

Dear Judge Carter:

    I represent Joseph Perlman in the above-captioned case and write to request an extension of Mr. Perlman's date of surrender, currently set for October 25, 2023. The government opposes this request; probation provides that Mr. Perlman has been compliant with the requirements of his probation.

    Mr. Perlman appeared before Your Honor for sentencing on Friday, December 6, 2019. Subsequently, Mr. Perlman was designated to serve his sentence at FPC-Montgomery. At the June 23, 2020 conference, Your Honor extended Mr. Perlman's surrender date. Since then, Mr. Perlman has continued to seek treatment for his medical conditions. Mr. Perlman's surrender date has been extended several times due to the risks posed to Mr. Perlman by the novel coronavirus 2019 ("COVID-19") and Mr. Perlman's serious medical conditions. *See* ECF Nos. 21, 23, 45, 48, 62, 67, 73, 78, and 88. Most recently, on March 23, 2023, Your Honor granted Mr. Perlman's request to adjourn his surrender date due to his [REDACTED] and [REDACTED]. ECF No. 88. Mr. Perlman is currently at liberty awaiting surrender to BOP Custody and Your Honor's ruling on his Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582. See ECF Nos. 27 & 28. Mr. Perlman's current surrender date is October 25, 2023.

\* \* \*

[REDACTED]

**KAPLAN HECKER & FINK LLP**

2



  We also respectfully request an update on Mr. Perlman's pending Motion for Reduction of Sentence Pursuant to 18 U.S.C § 3582, which was fully submitted on June 17, 2020. *See* ECF Nos. 27, 28 & 34. We are happy to provide any additional information at the Court's direction.

  Thank you for the Court's time and attention to this matter.

The application is **GRANTED**.   The surrender date is extended to 7/25/24.

So Ordered.

*[signature: Andrew L. Carter]*

10/11/23