**MEMO ENDORSED**

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0889
DIRECT EMAIL     shecker@kaplanhecker.com

October 13, 2023

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/16/23

    Re:    *United States v. Joseph Perlman, 19-cr-531 (ALC)*

Dear Judge Carter:

    I represent Joseph Perlman in the above-captioned case and write to respectfully request an adjournment of the hearing currently scheduled for October 17, 2023 at 2:00 PM. On October 16, I will be beginning a trial before the Honorable Lewis J. Liman in *United States v. Neil Phillips*, 22-cr-00138 (LJL).

    Trial is scheduled to run from October 16 through October 27, from 9:00 AM to 5:00 PM Mondays through Thursdays and from 9:00 AM to 2:00 PM on Fridays.

    In light of the aforementioned trial schedule, I respectfully request that the Court reschedule the October 17 hearing to Friday, October 20, after 4:00 PM.

    Thank you for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Sean Hecker*

Sean Hecker, Esq.

cc: (by email)
David Abramowicz
Assistant United States Attorneys, Southern District of New York

Jamie Bowers
United States Pretrial Services Officer, Northern District of Georgia

The application is **GRANTED**. The hearing is adjourned to 10/20/23 at 4:00 p.m.
So Ordered. */s/ Andrew L. Carter*
10-16-23